RECEIVED
DEC 19 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION 1:16-CR-00236-01 |
| VERSUS | CHIEF JUDGE DRELL |
| DAMTEW GEBREMARIAM MESHESHA | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

For the reasons stated in Defendant's mental health evaluation dated December 8, 2017 (to be filed under seal herein), I find that Defendant cannot presently assist in his defense. Therefore,

IT IS ORDERED that, in accordance with 18 U.S.C., § 4241(d), Defendant be committed to the custody of the Attorney General for a period **not to exceed four months** for the purpose of treatment with a view toward returning Defendant to competency. A report shall be submitted to the Court **on or before April 18, 2018**, stating whether Defendant has attained, or there is a substantial probability that in the foreseeable future he will attain, the capacity to permit the proceeding to go forward. See 18 U.S.C. § 4241(d)(1).

Thereafter, the Court will determine from the report whether Defendant shall be committed for an additional reasonable period for treatment pursuant to 18 U.S.C. § 4241(d)(2).

IT IS FURTHER ORDERED that the cost of the treatment and reports are to be borne by the Department of Justice. See Guide to Judiciary Policies and

Procedures, Vol. VII, Guidelines for the Administration of the Criminal Justice Act, ¶ 3.11(B).

IT IS FURTHER ORDERED that all proceedings in this case, including initial appearance, arraignment, detention, or other hearing be held in abeyance until the psychiatric report is received or unless otherwise ordered by the District Judge. The delay resulting from this treatment is excluded from the Speedy Trial Act time requirements pursuant to 18 U.S.C. 3161(1)(h)(1)(A), the Court having found that a continuance for psychiatric treatment will best serve the ends of justice and outweighs the interests of the Defendant and the public.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana on this 19th day of December, 2017.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE